UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER, <br>         Plaintiff, <br>    v. <br> , <br>         Defendant. | Case No. 18-cv-06260-JD <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: November 21, 2018

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER,<br><br>            Plaintiff,<br><br>   v.<br><br>,<br><br>            Defendant. | Case No. 18-cv-06260-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: November 21, 2018

                          Susan Y. Soong
                          Clerk, United States District Court

                          By: _____
                          LISA R. CLARK, Deputy Clerk to the
                          Honorable JAMES DONATO